JAN 16 2009

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| TRAVIS IRVIN MIDDLETON,<br><br>    Plaintiff,<br><br>v.<br><br>RAUL VASQUEZ, et al.,<br><br>    Defendants. | No. CV 07-8089-SVW (AGR)<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION |

Pursuant 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the Complaint, the Magistrate Judge's Report and Recommendation, the objections to the Report and Recommendation, and all of the records and files. Having made a de novo determination, the Court agrees with the recommendation of the Magistrate Judge.

IT IS HEREBY ORDERED that the Magistrate Judge's Report and Recommendation is approved and adopted.

IT IS FURTHER ORDERED that:

1. Defendants' motion to dismiss the first, second and fourth causes of action in the First Amended Complaint is GRANTED with prejudice.
2. Defendants' motion to dismiss the third and fifth causes of action in the First Amended Complaint is GRANTED with leave to amend.

3. Plaintiff's motion for leave to amend to add a sixth cause of action against Defendants Dudley and Franklin is DENIED with prejudice.

4. Plaintiff's proposed second amended complaint does not cure the deficiencies in the First Amended Complaint and is not to be filed. Plaintiff's motion for leave to amend to add a sixth cause of action against Defendants DeLeon, Vasquez, Henebry and Delia is DENIED WITHOUT PREJUDICE. Plaintiff's motion for leave to add Defendant DeLeon in the fifth and sixth causes of action is DENIED WITHOUT PREJUDICE. Plaintiff's motion for leave to add Defendants Carbajal, Wolf, Firestone, Gray and Centeno is DENIED WITHOUT PREJUDICE. Plaintiff's motion for leave to add Defendants Driver Alliant Insurance Services, Inc., and National Union Fire Insurance Company of Pittsburgh is DENIED WITHOUT PREJUDICE.

5. Plaintiff is granted leave to file a Second Amended Complaint that (a) amends the third and fifth causes of action in the First Amended Complaint, (b) adds a sixth cause of action against Defendants DeLeon, Vasquez, Henebry and Delia based on the same conduct alleged in the amended fifth cause of action; and (c) adds Defendants Carbajal, Wolf, Firestone, Gray, Centeno, Driver Alliant Insurance Services, Inc., and National Union Fire Insurance Company of Pittsburgh in accordance with the legal standards in the Report and Recommendation. ***Plaintiff's Second Amended Complaint must be filed and served within thirty days of the date of this Order.***

DATED: 1/10/09

STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

2